IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY T. ROBINSON, SR., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>POTTSTOWN AREA RAPID TRANSIT, INC., et al.,<br><br>  Defendants. | CIVIL ACTION<br><br>NO. 22-655-KSM |

### ORDER

**AND NOW**, this 16th day of September, 2022, upon consideration of Defendants' Motion to Dismiss (Doc. No. 13) and Plaintiffs' response (Doc. No. 14), and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that the Motion (Doc. No. 13) is **GRANTED in part** and **DENIED in part**. Plaintiffs Anthony and Valerie Robinson's retaliation claims are **DISMISSED without prejudice** and with leave to amend.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.