IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY T. ROBINSON, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **POTTSTOWN AREA RAPID TRANSIT, INC., et al.**, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 22-655-KSM |

# ORDER

**AND NOW** this 22nd day of December, 2022, upon consideration of Defendant CMD Services, Inc.'s Motion for Summary Judgment (Doc. No. 17), Plaintiffs' response (Doc. No. 20), CMD's reply (Doc. No. 23), following oral argument, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the motion (Doc. No. 17) is **DENIED, without prejudic**e.  It is further **ORDERED** that the parties shall provide the Court with proposed Scheduling Order deadlines by **January 5, 2023**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.