THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY T ROBINSON, Sr, et al | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POTTSTOWN AREA RAPID TRANSIT, INC. et al | : | NO. 22-655 |
| | : | |

**O R D E R**

**AND NOW,** this 2nd day of February 2023, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court, pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE