# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY T. ROBINSON, SR., VALERIE J. ROBINSON, and DARRISS L. TINSON, <br><br> Plaintiffs, <br><br> v. <br><br> POTTSTOWN AREA RAPID TRANSIT, INC.; C. M. D. SERVICES, INC.; and D & D COLLISION SERVICES, INC., <br><br> Defendants. | Case No.: 2:22-cv-00655-KSM |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF PLAINTIFFS' INDIVIDUAL CLAIMS

It is hereby stipulated and agreed between Plaintiffs Anthony T. Robinson Sr., Valerie J. Robinson, and Darriss L. Tinson (collectively, "Plaintiffs"), and Defendants Pottstown Area Rapid Transit, Inc., C.M.D. Services, Inc., and D&D Collision Services, Inc. (collectively, "Defendants") that all of Plaintiffs' individual claims in this action are hereby dismissed with prejudice and without costs or attorneys' fees against any party.  No other claims remain as Plaintiffs did not seek an order from the Court conditionally certifying a collective action or class action.  The claims of any putative collective or class member are dismissed without prejudice.

Dated: March 3, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ *Timothy P. Creech* | /s/ *Patrick M. Dalin* |
| Timothy P. Creech, Esq. | Heather Zalar Steele, Esq. |
| **Creech & Creech LLC** | Patrick M. Dalin, Esq. |
| 1835 Market Street, Suite 2710 | **FISHER & PHILLIPS LLP** |
| Philadelphia, PA 19103 | Two Logan Square |
| Telephone: (215) 575-7618 | 100 N. 18th Street, 12th Floor |
| Facsimile: (215) 575-7688 | Philadelphia, PA 19103 |
| timothy@creechandcreech.com | Telephone: (610) 230-2150 |
| | Facsimile: (610) 230-2151 |
| *Attorneys for Plaintiffs* | hsteele@fisherphillips.com |
| *Anthony T. Robinson, Sr.,* | pdalin@fisherphillips.com |
| *Valerie J. Robinson, and Darriss* | |
| *L. Tinson* | *Counsel for Defendants Pottstown Area Rapid Transit, Inc., C. M. D. Services, Inc., and D&D Collision Services, Inc.* |

SO ORDERED,

 /s/ *Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE

DATED:  3-17-23

## CERTIFICATE OF SERVICE

I, Patrick M. Dalin, Esquire, hereby certify that on March 3, 2023, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' INDIVIDUAL CLAIMS with the Clerk of the Court using the CM/ECF system, which will send notification and a copy of such filing to counsel of record as follows:

>Timothy P. Creech, Esq.
>Creech & Creech LLC
>1835 Market Street, Ste. 2626
>Philadelphia, PA 19103
>
>*Counsel for Plaintiffs*

>/s/ Patrick M. Dalin
>Patrick M. Dalin